# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00398-CV

**Pete Trevino, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-06-001984, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Trevino appeals a final judgment that was signed on April 23, 2009. Notice of appeal was due 30 days from the date of the decree. *See* Tex. R. App. P. 26.1. Notice of appeal in this case was due by May 25, 2009, and not filed until July 7, 2009. Because the notice of appeal was not timely filed, this Court does not have jurisdiction over the appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: January 8, 2010